KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

------------------------------------------------------------------x

| | |
|---|---|
| CARLOS CASTANO (AND WIFE, BEATRIZ CASTANO), | DOCKET NO.: 08 CV 2591 |
| Plaintiffs, | |
| -against- | |
| 100 CHURCH, LLC, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, BOARD OF EDUCATION OF THE CITY OF NEW YORK, CUNNINGHAM DUCT CLEANING CO., INC., DEPARTMENT OF BUSINESS SERVICES, GPS ENVIRONMENTAL CONSULTANTS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING, P.C., MERRILL LYNCH & CO., INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK TELEPHONE COMPANY, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., TRC ENGINEERS, INC., TRIBECA LANDING LLC., AND ZAR REALTY MANAGEMENT, | NOTICE OF APPEARANCE |
| Defendants. | |

------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 2, 2008

         Kevin G. Horbatiuk
         Kevin G. Horbatiuk (KGH4977)
         Matthew P. Mazzola (MM-7427)
         Attorneys for Defendant
         **CUNNINGHAM DUCT WORK s/h/i/a**
         **CUNNINGHAM DUCT CLEANING CO., INC.**
         RUSSO, KEANE & TONER, LLP
         26 Broadway, 28th Floor
         New York, New York 10004
         (212) 482-0001
         RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **CARLOS CASTANO and BEATRIZ CASTANO**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 2nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**CARLOS CASTANO and BEATRIZ CASTANO,**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
_____
**KEVIN G. HORBATIUK**