KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER        21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------x
CARLOS CASTANO (AND WIFE, BEATRIZ
CASTANO),                                 DOCKET NO.:
                                          08 CV 2591
                **Plaintiffs,**

   -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
BATTERY PARK CITY AUTHORITY, BOARD
OF EDUCATION OF THE CITY OF NEW YORK,     NOTICE OF
CUNNINGHAM DUCT CLEANING CO., INC.,       ADOPTION OF
DEPARTMENT OF BUSINESS SERVICES,          ANSWER TO
GPS ENVIRONMENTAL CONSULTANTS, INC.,      MASTER COMPLAINT
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., INC., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK
TELEPHONE COMPANY, ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC.,
TRC ENGINEERS, INC., TRIBECA LANDING
LLC., AND ZAR REALTY MANAGEMENT,

                **Defendants.**
---------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by

Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
April 30, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**CARLOS CASTANO and BEATRIZ CASTANO**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**CARLOS CASTANO and BEATRIZ CASTANO,**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G Horbatiuk*
KEVIN G. HORBATIUK